| Prob22<br>(Rev 3/98) **SA13CR1035**<br>**TRANSFER OF JURISDICTION** | DOCKET NUMBER (Tran. Court)<br>2:04CR20275-01 |
| | DOCKET NUMBER (Rec. Court)<br>FILED |

| NAME AND ADDRESS OF PROBATIONER/<br>SUPERVISED RELEASEE<br><br>~~JOSE~~<br>~~John~~ Ruiz<br>San Antonio, TX | DISTRICT<br>Western District of Tennessee | DIVISION<br>Memphis   DEC 3 0 2013 |
| | NAME OF SENTENCING JUDGE<br>Honorable Jon Phipps McCalla | CLERK, U.S. DISTRICT COURT<br>WESTERN DISTRICT OF TEXAS<br>BY _____ DEPUTY CLERK |
| | DATES OF PROBATION/ SUPERVISED<br>RELEASE: | FROM<br>08/12/2013 | TO<br>08/11/2018 |

OFFENSE
Conspiracy to Possess with Intent to Distribute and Distribution of Cocaine in Excess of 5 Kilograms 21 U.S.C.§ 846.

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE <u>WESTERN DISTRICT OF TENNESSEE</u>

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the <u>Western District of Texas</u> upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

Nov. 30. 2013
_____
Date

_____
United States District Judge

---

*This sentence may be deleted in the discretion of the transferring Court.

---

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE <u>WESTERN DISTRICT OF TEXAS.</u>

IT IS HEREBY ORDERED that jurisdiction over the above-named supervised releasee be accepted and assumed by this Court from and after the entry of this order.

Dec 11, 2013
_____
Date

_____
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | CR. NO. 04-20275 MI V |
| Plaintiff, | ) | |
| | ) | 21 U.S.C. § 846 |
| vs. | ) | |
| | ) | |
| JOSE RUIZ, | ) | |
| | ) | |
| Defendant. | ) | |

**I N D I C T M E N T**

**THE GRAND JURY CHARGES:**

**COUNT ONE**

Beginning at a time unknown to the Grand Jury, but at least on or about June 10,

2004, in the Western District of Tennessee and elsewhere, the defendant,

---------------------------------------------- JOSE RUIZ----------------------------------------------

did unlawfully, knowingly and intentionally conspire, combine, confederate and agree with

other persons both known and unknown to the Grand Jury, to possess with the intent to

distribute and to distribute in excess of five kilograms of a mixture and substance

containing a detectable amount of cocaine, a controlled substance as classified by Title 21,

CERTIFIED TRUE COPY
THOMAS M. GOULD, CLERK
BY _____
DEPUTY CLERK



United States Code, Section 812 as a Schedule II controlled substance, in violation of Title

21, United States Code, Section 846.


A TRUE BILL:

FOREPERSON


DATED: 6-29-04

UNITED STATES ATTORNEY

-2-

# UNITED STATES DISTRICT COURT

WESTERN    *District of*    TENNESSEE

WESTERN    *Division*

No. __837__

## THE UNITED STATES OF AMERICA

vs.

JOSE RUIZ

## INDICTMENT

## 0 4 – 2 0 2 7 5 MI V

a true bill.

*Foreman*

Filed in open court this 30th day,

of June A.D. 2004

*Clerk*

Bail $

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TENNESSEE**
**MEMPHIS DIVISION**

FILED BY ____ D.C.

05 MAY 20  PM 3: 05

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN. MEMPHIS

**UNITED STATES OF AMERICA**

-v-                                              2:04CR20275-01-MI

**JOSE RUIZ**

**Larry E. Fitzgerald, Retained**
**Defense Attorney**
**22 North Second Street, #410**
**Memphis, TN 38103**

---

### JUDGMENT IN A CRIMINAL CASE
**(For Offenses Committed On or After November 1, 1987)**

The defendant pleaded guilty to Count 1 of the Indictment on February 18, 2005.
Accordingly, the court has adjudicated that the defendant is guilty of the following
offense(s):

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 21 U.S.C. § 846 | Conspiracy to Possess with Intent to Distribute and Distribution of Cocaine in Excess of 5 Kilograms | 06/10/2004 | 1 |

The defendant is sentenced as provided in the following pages of this judgment.  The
sentence is imposed pursuant to the Sentencing Reform Act of 1984 and the Mandatory
Victims Restitution Act of 1996.

**IT IS FURTHER ORDERED** that the defendant shall notify the United States Attorney for
this district within 30 days of any change of name, residence, or mailing address until all
fines, restitution, costs and special assessments imposed by this judgment are fully paid.

Defendant's Soc. Sec. No. 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
Defendant's Date of Birth:  03/22/1961
Deft's U.S. Marshal No.:    34832-080

Date of Imposition of Sentence:
May 18, 2005

Defendant's Mailing Address:
10609 Rizal Court
Austin, TX 78748

CERTIFIED TRUE COPY
THOMAS M. GOULD, CLERK

BY _____
DEPUTY CLERK

_____
JON PHIPPS McCALLA
UNITED STATES DISTRICT JUDGE

May ___19___, 2005

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _5-23-05_

45

Case No: 2:04CR20275-01-MI   Defendant Name: Jose RUIZ                    Page 2 of 4

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **135 Months** (or 11 Years and 3 Months).

**The Court recommends to the Bureau of Prisons:** The defendant be incarcerated at FCI-Bastrop, TX.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____

UNITED STATES MARSHAL

By:_____

Deputy U.S. Marshal

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of **5 years**.

The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from custody of the Bureau of Prisons.

While on supervised release, the defendant shall not commit another federal, state or local crime and shall not possess a firearm, ammunition, or destructive device as defined in 18 U.S.C. § 921.

The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer.

The defendant shall comply with the following standard conditions that have been adopted by this court.

## STANDARD CONDITIONS OF SUPERVISION

1.  The defendant shall not leave the judicial district without the permission of the court or probation officer;

2.  The defendant shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first five days of each month;

3.  The defendant shall answer truthful all inquiries by the probation officer and follow the instructions of the probation officer;

4.  The defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;

5.  The defendant shall notify the probation officer **ten(10) days prior** to any change in residence or employment;

6.  The defendant shall refrain from the excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician, and shall submit to periodic urinalysis tests as directed by the probation officer to determine the use of any controlled substance;

7.  The defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

8.  The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;

9.  The defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer;

10. The defendant shall notify the probation officer within **72 hours** of being arrested or questioned by a

law enforcement officer;

11.   The defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;

12.   As directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

13.   If this judgment imposes a fine or a restitution obligation, it shall be a condition of supervised release that the defendant pay any such fine or restitution in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties sheet of this judgment.

## ADDITIONAL CONDITIONS OF SUPERVISED RELEASE

The defendant shall also comply with the following additional conditions of supervised release:

1.   The defendant submit to drug testing and drug treatment programs as directed by the Probation Office.

2.   The defendant shall seek and maintain full-time employment.

3.   The defendant shall cooperate with DNA collection as directed by the Probation Office.

## CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth in the Schedule of Payments. The defendant shall pay interest on any fine or restitution of more than $2,500, unless the fine or restitution is paid in full before the fifteenth day after the date of judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options in the Schedule of Payments may be subject to penalties for default and delinquency pursuant to 18 U.S.C. § 3612(g).

| Total Assessment | Total Fine | Total Restitution |
|---|---|---|
| $100.00 | | |

The Special Assessment shall be due immediately.

### FINE
No fine imposed.

### RESTITUTION
No Restitution was ordered.

# U.S. District Court
## Western District of Tennessee (Memphis)
## CRIMINAL DOCKET FOR CASE #: 2:04-cr-20275-JPM-1

Case title: USA v. Ruiz                     Date Filed: 06/30/2004
Magistrate judge case number: 2:04-mj-00090-tmp    Date Terminated: 05/20/2005

Assigned to: Judge Jon Phipps McCalla

### Defendant (1)

**Jose Ruiz**                 represented by **Larry E. Fitzgerald**
*TERMINATED: 05/20/2005*                    FITZGERALD & HARRIS
                                            100 N. Main St.
                                            Ste. 901
                                            Memphis, TN 38103
                                            901-522-8378
                                            Fax: 901-522-8829
                                            Email:
                                            FITZHARRIS13013@AOL.COM
                                            *LEAD ATTORNEY*
                                            *ATTORNEY TO BE NOTICED*
                                            Designation: Retained

### Pending Counts                          ### Disposition

                                            Dft entered guilty plea on 2/18/05.
21:846 CONSPIRACY TO                        Court sentenced dft to 135 months
DISTRIBUTE CONTROLLED                       incarceration, 5 yrs SR, and $100.00
SUBSTANCE                                   SA. Dft must comply with
(1)                                         standard/mandatory conditions of
                                            supervised release upon release from
                                            prison. Court recommends incarceration
                                            at FCI-Bastrop, TX.

### Highest Offense Level (Opening)

Felony

### Terminated Counts                       ### Disposition

None

### Highest Offense Level (Terminated)

None

### Complaints                              ### Disposition

21:846=CD.M

---

**Plaintiff**

**USA**                                        represented by **Thomas A. Colthurst**
U.S. ATTORNEY'S OFFICE
Federal Building
167 N. Main St.
Ste. 800
Memphis, TN 38103
901-544-4231
Fax: 901-544-0854
Email: tom.colthurst@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/14/2004 | 1 | CRIMINAL COMPLAINT as to Jose Ruiz (1). (wmw, )[2:04-mj-00090-tmp] (csf). (Entered: 06/15/2004) |
| 06/14/2004 | 2 | ARREST Warrant Returned Executed on 6/14/2004. as to Jose Ruiz. (wmw, ) [2:04-mj-00090-tmp] (Entered: 06/15/2004) |
| 06/14/2004 | 3 | Minute Entry for proceedings held before Judge Tu M. Pham :Initial Appearance as to Jose Ruiz held on 6/14/2004 ; pc/det hrg set before Mag Judge Anderson Thurs., 6/17/04, @ 4:00p; order of temporary detention entered; dft remanded to custody (C[2:04ourt Reporter FTR.) (wmw, )[2:04-mj-00090-tmp] (Entered: 06/15/2004) |
| 06/15/2004 | 4 | ORDER OF TEMPORARY DETENTION as to Jose Ruiz Detention Hearing set for 6/17/2004 04:00 PM in Courtroom M-3 - Memphis before S. Thomas Anderson.. Signed by Judge Tu M. Pham. (wmw, )[2:04-mj-00090-tmp] (Entered: 06/15/2004) |
| 06/17/2004 | 5 | Minute Entry for proceedings held before Judge S. Thomas Anderson :Detention Hearing as to Jose Ruiz held on 6/17/2004. Govt witness called: David McGriff. The Court found probable cause. This matter held to the action of the grand jury. Order of Det[2:04ention pending trial entered. (Court Reporter FTR.) (bag, )[2:04-mj-00090-tmp] (Entered: 06/18/2004) |
| 06/17/2004 | 6 | ORDER OF DETENTION PENDING TRIAL as to Jose Ruiz . Signed by Judge S. Thomas Anderson. (bag, )[2:04-mj-00090-tmp] (Entered: 06/18/2004) |
| 06/30/2004 | 7 | INDICTMENT as to Jose Ruiz (1) count(s) 1. (jae, ) (Entered: 06/30/2004) |
| 07/08/2004 | 8 | SETTING LETTER as to Jose Ruiz Arraignment set for 7/21/2004 09:30 AM in Courtroom 5 - Memphis before Diane K. Vescovo. (jae, ) (Entered: 07/08/2004) |
| 07/16/2004 | 9 | MOTION for Review of Detention Order by Jose Ruiz. (bag, ) (Entered: |

| | | |
|---|---|---|
| | | 07/19/2004) |
| 07/19/2004 | 10 | Government's RESPONSE to Motion (Appeal Of Detention Order) by USA as to Jose Ruiz re 9 MOTION for Release from Custody (bag, ) (Entered: 07/19/2004) |
| 07/20/2004 | 11 | Minute Entry for proceedings held before Judge Jon Phipps McCalla : Review of Detention Hearing and Arraignment as to Jose Ruiz (1) Count 1 held on 7/20/2004. Dft's appeal of the Magistrate Judge's decision was denied. Dft remanded to custody of USM. Arraignment proceeding held; Dft waived reading of the indictment; NOT GUILTY plea entered on all counts. Report Date set for 8/27/2004 09:00 AM before Jon Phipps McCalla. Consent Order on Criminal Case Continuance and Exclusion of time filed in open court.AUSA: T. Colthurst; Dft Atty: L. Fitzgerald. (Court Reporter Brenda Parker.) (tlh, ) (Entered: 07/20/2004) |
| 07/20/2004 | 12 | CONSENT ORDER ON CRIMINAL CASE CONTINUANCE AND EXCLUSION OF TIME as to Jose Ruiz Time excluded from 7/20/2004 until 9/17/2004. Report Date set for 8/27/2004 09:00 AM before Jon Phipps McCalla. Trial to take place on th September, 2004, rotation calendar. (filed in open court) Signed by Judge Jon Phipps McCalla. (tlh, ) (Entered: 07/20/2004) |
| 07/20/2004 | 13 | SETTING LETTER as to Jose Ruiz Report Date set for 8/27/2004 09:00 AM in Courtroom 4 - Memphis before Jon Phipps McCalla. (tlh, ) (Entered: 07/20/2004) |
| 07/21/2004 | 14 | ORDER ON ARRAIGNMENT as to Jose Ruiz. Dft being held without bond pursuant to BRA of 1984; remanded to the custody of USM . Signed by Judge Jon Phipps McCalla. (tlh, ) (Entered: 07/22/2004) |
| 08/27/2004 | 15 | Minute Entry for proceedings held before Judge Tu M. Pham :Report Date as to Jose Ruiz held on 8/27/2004; Dft request continuance for additional time to prepare; Continued; Jury Trial set for 10/4/2004 09:00 AM before Jon Phipps McCalla. Report Date reset for 9/24/2004 09:00 AM before Jon Phipps McCalla. Time excluded through 10/15/2004. AUSA: T. Colthurst ; Dft Atty: L. Fitzgerald.(Court Reporter Frenetta Hurd.) (tlh, ) (Entered: 08/30/2004) |
| 08/30/2004 | 16 | CONSENT ORDER ON CRIMINAL CASE CONTINUANCE AND EXCLUSION OF TIME as to Jose Ruiz. Time excluded from 8/27/2004 until 10/15/2004. Jury Trial set for rotation calendar beginning 10/4/2004 09:00 AM before Jon Phipps McCalla. Report Date reset for 9/24/2004 09:00 AM before Jon Phipps McCalla. Signed by Judge Tu M. Pham. (tlh, ) (Entered: 08/30/2004) |
| 09/09/2004 | 17 | SETTING LETTER as to Jose Ruiz Report Date set for 9/24/2004 09:00 AM in Courtroom 4 - Memphis before Jon Phipps McCalla. (tlh, ) (Entered: 09/09/2004) |
| 09/24/2004 | 18 | CONSENT ORDER ON CRIMINAL CASE CONTINUANCE AND EXCLUSION OF TIME as to Jose Ruiz. Time excluded from 9/24/2004 until 11/12/2004. Report Date reset for 10/22/2004 09:00 AM before Jon Phipps McCalla. Signed by Judge Jon Phipps McCalla. (tlh, ) (Entered: 09/24/2004) |
| | | |

| 09/24/2004 | 19 | Minute Entry for proceedings held before Judge Jon Phipps McCalla :Report Date as to Jose Ruiz held on 9/24/2004; Dft request continuance for additional time to prepare; Continued: Jury Trial reset for 11/1/2004 09:00 AM before Jon Phipps McCalla. Report Date set for 10/22/2004 09:00 AM before Jon Phipps McCalla. Time excluded thru 11/12/2004. AUSA: T. Colthurst ; Dft Atty: L. Fitzgerald.(Court Reporter Brenda Parker.) (tlh, ) (Entered: 09/28/2004) |
|---|---|---|
| 09/29/2004 | 20 | SETTING LETTER as to Jose Ruiz Report Date set for 10/22/2004 09:00 AM in Courtroom 4 - Memphis before Jon Phipps McCalla. (tlh, ) (Entered: 09/30/2004) |
| 10/04/2004 | 21 | MOTION for a Court Appointed Attorney by Jose Ruiz. (pro-se) (tlh, ) (Entered: 10/05/2004) |
| 10/22/2004 | 22 | CONSENT ORDER ON CRIMINAL CASE CONTINUANCE AND EXCLUSION OF TIME as to Jose Ruiz. Time excluded from 10/22/2004 until 1/14/2005. Report Date set for 12/23/2004 09:00 AM before Jon Phipps McCalla. Signed by Judge Jon Phipps McCalla. (tlh, ) (Entered: 10/25/2004) |
| 10/22/2004 | 23 | Minute Entry for proceedings held before Judge Jon Phipps McCalla :Report Date as to Jose Ruiz held on 10/22/2004. Dft request continuance for additional time to prepare; Continued: Jury Trial reset for 1/3/2005 09:00 AM before Jon Phipps McCalla. Report Date set for 12/23/2004 09:00 AM before Jon Phipps McCalla. Time excluded through 1/14/2005. AUSA: T. Colthurst ; Dft Atty: L. Fitzgerald. (Court Reporter Brenda Parker.) (tlh, ) (Entered: 10/26/2004) |
| 10/26/2004 | 24 | SETTING LETTER as to Jose Ruiz Report Date set for 12/23/2004 09:00 AM in Courtroom 4 - Memphis before Jon Phipps McCalla. (tlh, ) (Entered: 10/27/2004) |
| 10/27/2004 | 25 | ORDER OF REFERENCE as to Jose Ruiz. 21 MOTION to Appoint Counsel filed by Jose Ruiz, is referred to the United States Magistrate Judge for determination. Signed by Judge Jon Phipps McCalla. (tlh, ) (Entered: 10/28/2004) |
| 11/01/2004 | 26 | SETTING LETTER as to Jose Ruiz Motion Hearing set for 11/4/2004 10:30 AM in Courtroom 5 - Memphis before Diane K. Vescovo. (tlh, ) (Entered: 11/01/2004) |
| 11/04/2004 | 27 | Minute Entry for proceedings held before Judge Diane K. Vescovo :Motion Hearing as to Jose Ruiz held on 11/4/2004 re 21 Motion for Court Appointed Attorney filed by Jose Ruiz. Dft counsel announces that the motion is dismissed; Motion withdrawn in Open Court. Taken under advisement/Order to Enter. AUSA: T. Colthurst ; Dft Atty: Larry Fitzgerald. (Court Reporter FTR.) (tlh, ) (Entered: 11/04/2004) |
| 11/04/2004 | 28 | ORDER Denying as Moot Defendant's Pro-Se 21 Motion for Appointment of Counsel as to Jose Ruiz. Signed by Judge Diane K. Vescovo. (tlh, ) (Entered: 11/04/2004) |
| 12/23/2004 | 30 | Minute Entry for proceedings held before Judge Jon Phipps McCalla :Report |

| | | Date as to Jose Ruiz held on 12/23/2004; Dft request continuance for additional time to prepare; Time excluded thru 2/18/2005; Jury Trial reset for 2/7/2005 09:00 AM before Jon Phipps McCalla. Report Date reset for 1/28/2005 09:00 AM before Jon Phipps McCalla. AUSA: T. Colthurst ; Dft Atty: L. Fitzgerald.(Court Reporter FTR.) (tlh, ) (Entered: 12/28/2004) |
|---|---|---|
| 12/27/2004 | 29 | CONSENT ORDER ON CRIMINAL CASE CONTINUANCE AND EXCLUSION OF TIME as to Jose Ruiz. Time excluded from 12/23/2004 until 2/18/2005. Report Date set for 1/28/2005 09:00 AM before Jon Phipps McCalla. Signed by Judge Jon Phipps McCalla. (tlh, ) (Entered: 12/27/2004) |
| 12/27/2004 | 31 | SETTING LETTER as to Jose Ruiz Report Date set for 1/28/2005 09:00 AM in Courtroom 4 - Memphis before Jon Phipps McCalla. (tlh, ) (Entered: 12/29/2004) |
| 01/28/2005 | 32 | SETTING LETTER as to Jose Ruiz Change of Plea Hearing set for 2/7/2005 03:30 PM in Courtroom 4 - Memphis before Jon Phipps McCalla. (tlh, ) (Entered: 01/31/2005) |
| 01/28/2005 | 33 | Minute Entry for proceedings held before Judge Jon Phipps McCalla :Report Date as to Jose Ruiz held on 1/28/2005; Change of Plea Hearing set for 2/7/2005 03:30 PM before Jon Phipps McCalla. AUSA: T. Colthurst ; Dft Atty: L. Fitzgerald.(Court Reporter Brenda Parker.) (tlh, ) (Entered: 01/31/2005) |
| 02/07/2005 | 34 | Minute Entry for proceedings held before Judge Jon Phipps McCalla :Change of Plea Hearing as to Jose Ruiz was scheduled to be held on 2/7/2005. Change of Plea Hearing REset for 2/11/2005 09:30 AM before Jon Phipps McCalla. (Court Reporter B. Parker. Attys-Murphy for Colthurst, Fitzgerald.) (jae, ) (Entered: 02/08/2005) |
| 02/07/2005 | 35 | SETTING LETTER as to Jose Ruiz: Change of Plea Hearing REset for 2/11/2005 09:30 AM in Courtroom 4 - Memphis before Jon Phipps McCalla. (jae, ) (Entered: 02/08/2005) |
| 02/10/2005 | 36 | SETTING LETTER as to Jose Ruiz Change of Plea Hearing reset for 2/18/2005 11:00 AM in Courtroom 4 - Memphis before Jon Phipps McCalla. (tlh, ) (Entered: 02/11/2005) |
| 02/18/2005 | 37 | Minute Entry for proceedings held before Judge Jon Phipps McCalla :Change of Plea Hearing as to Jose Ruiz held on 2/18/2005, Plea entered by Jose Ruiz (1) Guilty Count 1. Guilty plea accepted; Written plea agreement filed in open court. Sentencing set for 5/18/2005 09:30 AM before Jon Phipps McCalla. Dft remanded to the custody of USM. AUSA: T. Colthurst ; Dft Atty: L. Fitzgerald.(Court Reporter Brenda Parker.) (tlh, ) (Entered: 02/18/2005) |
| 02/18/2005 | 38 | MEMORANDUM OF PLEA AGREEMENT as to Jose Ruiz. (filed in open court) (tlh, ) (Entered: 02/18/2005) |
| 02/18/2005 | 39 | SETTING LETTER as to Jose Ruiz Sentencing set for 5/18/2005 09:30 AM in Courtroom 4 - Memphis before Jon Phipps McCalla. (tlh, ) (Entered: 02/18/2005) |
| 02/23/2005 | 40 | ORDER ON CHANGE OF PLEA as to Jose Ruiz. With leave of the Court, the |

| | | |
|---|---|---|
| | | defendant withdrew the not guilty plea heretofore entered and entered a plea of guilty to Count 1 of the Indictment. The Court accepted the guilty plea. Sentencing set for 5/18/2005 09:30 AM before Jon Phipps McCalla. Signed by Judge Jon Phipps McCalla. (tlh, ) (Entered: 02/23/2005) |
| 04/04/2005 | 41 | POSITION OF THE GOVERNMENT WITH RESPECT TO SENTENCING FACTORS by USA as to Jose Ruiz (ehg, ) (Entered: 04/08/2005) |
| 05/02/2005 | 42 | SETTING LETTER as to Jose Ruiz: Sentencing REset (time change only) for 5/18/2005 04:30 PM in Courtroom 4 - Memphis before Jon Phipps McCalla. (jae, ) (Entered: 05/03/2005) |
| 05/18/2005 | 43 | Minute Entry for proceedings held before Judge Jon Phipps McCalla :Sentencing held on 5/18/2005 for Jose Ruiz (1), Count(s) 1. Dft entered guilty plea on 2/18/05. Court sentenced dft to 135 months incarceration, 5 yrs SR, and $100.00 SA. Dft must comply with standard/mandatory conditions of supervised release upon release from prison. Court recommends incarceration at FCI-Bastrop, TX.. Dft advised dft of appeal rights and handed appeal packet to dft. Dft remanded to custody of USM. (Court Reporter B. Parker.) (jae, ) (Entered: 05/19/2005) |
| 05/19/2005 | 44 | MOTION to Reduce Sentence Pursuant to FRCP 35 and 18 U.S.C. 3553(e) and Request for Deferral of Hearing on Motionby USA as to Jose Ruiz. (jae, ) (Entered: 05/20/2005) |
| 05/20/2005 | 45 | JUDGMENT as to Jose Ruiz (1), Count(s) 1, Dft entered guilty plea on 2/18/05. Court sentenced dft to 135 months incarceration, 5 yrs SR, and $100.00 SA. Dft must comply with standard/mandatory conditions of supervised release upon release from prison. Court recommends incarceration at FCI-Bastrop, TX. Signed by Judge Jon Phipps McCalla. (jae, ) (Entered: 05/23/2005) |
| 07/13/2005 | 46 | Judgment Returned Executed as to Jose Ruiz on 6/30/05. (jae, ) (Entered: 07/13/2005) |
| 11/10/2005 | 47 | REDACTED JUDGMENT as to Jose Ruiz (1), Count(s) 1, Dft entered guilty plea on 2/18/05. Court sentenced dft to 135 months incarceration, 5 yrs SR, and $100.00 SA. Dft must comply with standard/mandatory conditions of supervised release upon release from prison. Court recommends incarceration at FCI-Bastrop, TX. Signed by Judge Jon Phipps McCalla (jae, ) (Entered: 11/10/2005) |
| 04/27/2006 | 48 | PRO SE LETTER in lieu of Motion to Compel Attorney to Return Property by Jose Ruiz. (agj,) (Entered: 05/01/2006) |
| 12/03/2008 | 49 | ORDER as to Jose Ruiz. Signed by Chief Judge Jon Phipps McCalla on 12/3/08. (McCalla, Jon) (Entered: 12/03/2008) |
| 12/26/2013 | 50 | Probation Jurisdiction Transferred to Western District of Texas as to Jose Ruiz. Transmitted Transfer of Jurisdiction form, with certified copies of indictment, judgment and docket sheet. (jae) (Entered: 12/26/2013) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 12/30/2013 14:24:01 | | | |
| **PACER Login:** | us4502 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 2:04-cr-20275-JPM |
| **Billable Pages:** | 5 | **Cost:** | 0.50 |